B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arthur Machinery, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3250679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2501 Landmeier Road**<br>**Elk Grove Village, IL**<br>ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arthur Machinery, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arthur Machinery, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Steven B. Towbin**
Signature of Attorney for Debtor(s)

**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)

**Shaw Gussis et al**
Firm Name

**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**
Address

**312-541-0151  Fax: 312-980-3888**
Telephone Number

**April 2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Chad Arthur**
Signature of Authorized Individual

**Chad Arthur**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## UNANIMOUS RESOLUTION OF BOARD OF DIRECTORS OF
## ARTHUR MACHINERY, INC.

The undersigned, being all of the directors of Arthur Machinery, Inc., a corporation formed under the laws of the State of Illinois (the "Company"), do hereby unanimously agree and consent, in lieu of notice and meeting, to take the following action:

> Steven Towbin of the law firm Shaw Gussis is hereby authorized to prepare and file a petition on behalf of the Company in the United States Bankruptcy Court for the District of Northern Illinois seeking relief under Chapter 11 of the United States Bankruptcy Code.

No further actions were taken on this date.

Dated: April 2, 2009.

_____        _____
Robert Arthur                                      Chad Arthur
Director                                                Director

## UNANIMOUS RESOLUTION OF BOARD OF DIRECTORS OF
## ARTHUR MACHINERY, INC.

The undersigned, being all of the directors of Arthur Machinery, Inc., a corporation formed under the laws of the State of Illinois (the "Company"), do hereby unanimously agree and consent, in lieu of notice and meeting, to take the following action:

> Steven Towbin of the law firm Shaw Gussis is hereby authorized to prepare and file a petition on behalf of the Company in the United States Bankruptcy Court for the District of Northern Illinois seeking relief under Chapter 11 of the United States Bankruptcy Code.

No further actions were taken on this date.

Dated: April 2, 2009.

_____          _____
Robert Arthur                                          Chad Arthur
Director                                                   Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Arthur Machinery, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Haas Automation, Inc.\***<br>**2800 Sturgis Road**<br>**Oxnard, CA 93030** | **John Roth**<br>**Haas Automation, Inc.**<br>**2800 Sturgis Road**<br>**Oxnard, CA 93030**<br>**805-278-1800/fax 805-278-2255** | | | **3,434,058.48** |
| **Doosan Infracore America Corporation \***<br>**8 York Ave**<br>**West Caldwell, NJ 07006-6411** | **Mr Tom Lattie**<br>**Doosan Infracore America Corp**<br>**8 York Ave**<br>**West Caldwell, NJ 07006-6411**<br>**973-618-2500/ fax 770-831-2062** | | | **2,137,595.84** |
| **Star CNC Machine Tool Corp\***<br>**123 Powerhouse**<br>**P.O. Box 9**<br>**Roslyn Heights, NY 11577** | **Mr. Tom Haughey**<br>**Star Cnc Machine Tool Corp**<br>**123 Powerhouse**<br>**P.O. Box 9**<br>**Roslyn Heights, NY 11577**<br>**516-484-0500/ fax 516-484-5820** | | | **2,108,124.62** |
| **Milltronics Manufacturing Co.**<br>**Sds 12-1983**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486-1983** | **Mr. Robert Dunlap**<br>**Milltronics Manufacturing Co.**<br>**Sds 12-1983**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486-1983**<br>**952-442-1410/ fax 952-442-6457** | | | **325,288.47** |
| **ACRA Machinery, Inc.**<br>**2050 N. Durfee Ave.**<br>**S. El Monte, CA 91733** | **Mr. Dale Hawkins**<br>**Acra Machinery, Inc.**<br>**2050 N. Durfee Ave.**<br>**S. El Monte, CA 91733**<br>**800-225-4631/ fax 626-279-1540** | | | **174,319.37** |
| **CNC Associates, Inc.**<br>**File 51160**<br>**Los Angeles, CA 90074-1160** | **Mr. Justin Schneider**<br>**CNC Associates, Inc.**<br>**File 51160**<br>**Los Angeles, CA 90074-1160**<br>**805-278-0303/ fax 805-278-0803** | | | **169,702.08** |
| **Illinois Machine Products, LLC**<br>**6203 Material Ave, # 12**<br>**Loves Park, IL 61111** | **Mr. Anton Hirsch**<br>**Illinois Machine Products, LLC**<br>**6203 Material Ave, # 12**<br>**Loves Park, IL 61111**<br>**815-985-7357/ fax 815-633-7869** | | | **126,377.44** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Arthur Machinery, Inc.**                                           Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Midaco Corporation**<br>**2000 E. Touhy Avenue**<br>**Elk Grove Vil., IL 60007** | **Mr. Mike Cayley, Sr.**<br>**Midaco Corporation**<br>**2000 E. Touhy Avenue**<br>**Elk Grove Vil., IL 60007**<br>**847-593-8420/ fax 847-593-8451** | | | **80,950.00** |
| **Equilease Financial Services, Inc.**<br>**One Harbour Place, Suite 450**<br>**Portsmouth, NH 03801** | **Mr. Tom Williams**<br>**Equilease Financial Services, Inc.**<br>**One Harbour Place, Suite 450**<br>**Portsmouth, NH 03801**<br>**847-587-6180/ fax 847-587-6161** | | | **69,266.00** |
| **Bennett Motor Express, LLC**<br>**P.O. Box 100004**<br>**Mcdonough, GA 30253** | **Joan Birdsong**<br>**Bennett Motor Express, LLC**<br>**P.O. Box 100004**<br>**Mcdonough, GA 30253**<br>**800-866-5500/ fax 800-866-4420** | | | **59,997.32** |
| **Staubli Corporation**<br>**201 Parkway West**<br>**P.O. Box 189**<br>**Duncan, SC 29334** | **Mr. Steve Benedict**<br>**Staubli Corporation**<br>**201 Parkway West**<br>**P.O. Box 189**<br>**Duncan, SC 29334**<br>**864-433-1980/ fax 864-486-5496** | | | **55,805.12** |
| **Atlas Copco**<br>**94 North Elm Street, Floor 4**<br>**Westfield, MA 01085-1689** | **Joe Jemma**<br>**Atlas Copco**<br>**94 North Elm Street, Floor 4**<br>**Westfield, MA 01085-1689**<br>**413-536-0600/ fax 847-981-8961** | | | **40,632.98** |
| **Buck Chuck Company**<br>**2155 Traversefield Drive**<br>**Traverse City, MI 49686** | **Mr. Matt Sheidler**<br>**Buck Chuck Company**<br>**2155 Traversefield Drive**<br>**Traverse City, MI 49686**<br>**800-228-2825/ fax 231-947-4953** | | | **38,834.90** |
| **Florida Dept. Of Revenue**<br>**Mr. Chad David**<br>**4415 W. Harrison Street**<br>**Hillside, IL 60162** | **Mr. Chad David**<br>**Florida Dept. Of Revenue**<br>**4415 W. Harrison Street**<br>**Hillside, IL 60162**<br>**708-449-8282/ fax 708-449-8292** | | | **35,137.62** |
| **DTS America, Inc.**<br>**427 East 4th Street**<br>**East Dundee, IL 60118** | **Mr. Terry Aschenbrenner**<br>**DTS America, Inc.**<br>**427 East 4th Street**<br>**East Dundee, IL 60118**<br>**847-695-5077/ fax 847-783-0402** | | | **26,345.22** |
| **Supertec Machinery, Inc.**<br>**6435 Alondra Blvd.**<br>**Paramount, CA 90723-3758** | **Mr. George Shih**<br>**Supertec Machinery, Inc.**<br>**6435 Alondra Blvd.**<br>**Paramount, CA 90723-3758**<br>**562-220-1675/ fax 562-220-1677** | | | **25,373.57** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Arthur Machinery, Inc.**                                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **George Products Co**<br>**110 Sleepy Hollow Dr**<br>**Middletown, DE 19709** | **Mrs. Carla Cook**<br>**George Products Co**<br>**110 Sleepy Hollow Dr**<br>**Middletown, DE 19709**<br>**302-449-0199/ fax 302-449-0288** | | | **23,715.00** |
| **Sandvik Coromant Company**<br>**1702 Nevins Road**<br>**Fair Lawn, NJ 07410** | **Mr. Brett Kline**<br>**Sandvik Coromant Company**<br>**1702 Nevins Road**<br>**Fair Lawn, NJ 07410**<br>**800-726-3845 /fax 201-794-5257** | | | **23,500.00** |
| **Mitutoyo Mti Corp.**<br>**965 Corporate Blvd**<br>**Aurora, IL 60502-9176** | **Mr. Marty Momoki**<br>**Mitutoyo Mti Corp.**<br>**965 Corporate Blvd**<br>**Aurora, IL 60502-9176**<br>**630-820-9666 fax/ 630-820-2614** | | | **22,453.39** |
| **Assurance Agency, Ltd**<br>**One Century Centre**<br>**1750 East Golf Road**<br>**Schaumburg, IL 60173** | **Mr. Robert Marcocchio**<br>**Assurance Agency, Ltd**<br>**One Century Centre**<br>**1750 East Golf Road**<br>**Schaumburg, IL 60173**<br>**847-797-5700/ fax 847-440-9217** | | | **21,398.32** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April  2, 2009**                          Signature  **/s/ Chad Arthur**
                                                              **Chad Arthur**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

* These creditors hold interests that are adverse to the Estate.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Arthur Machinery, Inc.**                                                    Case No.
Debtor(s)    Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                    **195**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April  2, 2009**                            **/s/ Chad Arthur**

**Chad Arthur**/**President**
Signer/Title

A T & T
1842 Centre Point Drive
Suite 11OS
Naperville, IL 60563


A-Special Electric
230 W. Irving Park Rd.
Wood Dale, IL 60191


A.M. Precision Machining, Inc.
170 South Lively Blvd
Elk Grove Village, IL 60007


ACRA Machinery, Inc.
2050 N. Durfee Ave.
S. El Monte, CA 91733


Addison Building Material Co.
3201 S. Busse Road
Arlington Hts, IL 60005


ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967


Airdis, LLC
2215 Enterprise Dr Ste 1512
Westchester, IL 60154


All Access Logistics Inc.
9500 Ogden Ave, Unit D
Brookfield, IL 60513


All World Machinery Supply, Inc.
1301 W. Diggins Street
Harvard, IL 60033-2300


Alliant Energy/WP&L
P.O. Box 3068
Cedar Rapids, IA 52406-3068


American Chartered Bank
4685 Winfield Road
Warrenville, IL 60555

American Chartered Bank
1199 E. Higgins Rd
Schaumburg, IL 60173


American General Life Co
P.O. Box 30066
Tampa, FL 33630-3066


Ashland Addison Florist Co.
P.O. Box 12149
Chicago, IL 60612


Assurance Agency, Ltd
One Century Centre
1750 East Golf Road
Schaumburg, IL 60173


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlas Copco
94 North Elm Street, Floor 4
Westfield, MA 01085-1689


ATS Systems
30222 Esperanza
Rancho Santa Margarita, CA 92688


B2B Transportation Services, Inc.
P.O. Box 3670
Central Point, OR 97502


Bennett Motor Express, LLC
P.O. Box 100004
Mcdonough, GA 30253


Big Kaiser Precision Tooling Inc.
641 Fargo Avenue
Elk Grove Village, IL 60007

Bisco Enterprise
305 Fairbank St
Addison, IL 60101


Braas Company
7970 Wallace Road
Eden Prairie, MN 55344


Bucci Industries USA, Inc. / Iemca
9332 Forsyth Park Dr
Charlotte, NC 28273-9332


Buck Chuck Company
2155 Traversefield Drive
Traverse City, MI 49686


Cargo Maxx
2311 Touhy Ave
Elk Grove, IL 60007


Catching Fluidpower, Inc.
3643 Eagle Way
Chicago, IL 60678-1036


CDM Promotions
504 Congress Circle
Roselle, IL 60172


Center Capital Corporation
3 Farm Glen Blvd
Farmington, CT 06032


Chad Arthur
2501 Landmeier Road
Elk Grove Village, IL 60007


Charter Communications
P. O. Box 3255
Milwaukee, WI 53201-3255


Chevalier Machinery, Inc.
9925 Tabor Place
Santa Fe Springs, CA 90670

Chi-Cargo
2311 Touhy Ave
Elk Grove Village, IL 60007


Cintas #769
1201 W. St. Charles Rd
Maywood, IL 60153


City Of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630-3191


Clover Associates Inc.
1906 Clover Road
Mishawaka, IN 46545


CM Automation
1225 Davis Road
Elgin, IL 60123


CML-Usa, Inc.
3100 Research Parkway
Davenport, IA 52806


CNC Associates, Inc.
File 51160
Los Angeles, CA 90074-1160


Columbus McKinnon Corp
1920 Whitfield Ave
Shredder/Waste
Sarasota, FL 34243


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Conway Central Express, Inc.
P.O. Box 8080
Chicago, IL 60680-8080


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Country Gas Co
4010 U.S. Hwy 14
Crystal Lake, IL 60014-8299


D&P Construction Co., Inc
8601 W. Bryn Mawr Ave. Suite 116
Chicago, IL 60631-3501


Danka
4388 Collections Center Drive
Chicago, IL 60693-4388


Daxco Lawn Maintenance, Llc.
P.O. Box #260517
Tampa, FL 33685


Deadline Printing & Color Copying
1401 Busse Road
Elk Grove Village, IL 60007-5340


Delaware Secretary Of State
Division Of Corporations
P.O. Box 898
Dover, DE 19903


Dell Marketing L.P.
Dell
P.O. Box 802816
Chicago, IL 60680-2816


Doall Sawing Products
2375-B Touhy Ave
Elk Grove Village, IL 60007


Doosan Infracore America Corporation
8 York Ave
West Caldwell, NJ 07006-6411


Doosan Machinery America
14900 Galleon Dr
Plymouth, MI 48170

Doug Belden, Tax Collector
Hillsborough County
P O Box 172920
Tampa, FL 33672-0920


DTS America, Inc.
427 East 4th Street
East Dundee, IL 60118


Dun & Bradstreet
P.O. Box 75542
Chicago, IL 60675-5542


Edward Andrews International
6633 Allar Drive
Sterling Heights, MI 48312


Edwards Mfg. Co.
1107 Sykes St.
P.O. Box 166
Albert Lea, MN 56007


Equilease Financial Services, Inc.
One Harbour Place, Suite 450
Portsmouth, NH 03801


Equipment Data Associates
P.O. Box 2029
Tuscaloosa, AL 35403


Exair Corp
11510 Goldcoast Dr
Cincinnati, OH 45249-1621


Experian
Department 1971
Los Angeles, CA 90088-1971


Exsys Tool
11654 Corporate Lake Blvd.
San Antonio, FL 33576


Fanuc America
Department 77-7986
Chicago, IL 60678-7986

Federal Express Corporation
P.O. Box 1140 Dept. A
Memphis, TN 38101-1140


Fedex
P.O. Box 94515
Palatine, IL 60094-4515


Fedex Kinko's
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085


Firehouse Networks
P.O. Box 6367
Bloomingdale, IL 60108-6367


Firetrace USA, LLC
15690 N 83rd Way
Suite B
Scottsdale, AZ 85260


Florida Dept. Of Revenue
Mr. Chad David
4415 W. Harrison Street
Hillside, IL 60162


Florida Dept. Of Revenue
Enforcement Operations
2655 West U.S. Hwy. 90
Lake City, FL 32055-3115


Frank's Welding Co.,Inc.
1937 N. 17th Avenue
Melrose Park, IL 60160


Fred V. Fowler Co.
66 Rowe Street
P.O. Box 66299
Newton, MA 02466-0996


Fritzsche Trucking Co. Inc.
3638 N. Hamilton St.
Chicago, IL 60618

Gage Assembly Co.
3771 W Morse Ave
Lincolnwood, IL 60712


Gage Marine Corporation
P.O. Box 220
#4 Liechty Drive
Williams Bay, WI 53191


GE Capital
P.O. Box 740425
Atlanta, GA 30374-0425


GE Capital Corporation
10 Riverview Drive
Danbury, CT 06810-6268


George Products Co
110 Sleepy Hollow Dr
Middletown, DE 19709


Grainger, Inc.
Dept. 816303218
Palatine, IL 60038-0001


Gross Publications, Inc.
P.O. Box 847
Grapevine, TX 76099-0847


Guardian Life Insurance Company
Section 125/Flexplan Department
36525 Treasury Center
Chicago, IL 60694-6500


Haas Automation, Inc.
2800 Sturgis Road
Oxnard, CA 93030


Hennig, Inc.
Lockbox 77-3651
Chicago, IL 60678-3651


High Quality Tools
34940 Lakeland Blvd.
Eastlake, OH 44095

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Hoffman Machine Service
831 Prospect Rd
Elizabethtown, PA 17022-8441


Hudson Energy Services
6740 Paysphere Circle
Chicago, IL 60674


Illinois Machine Products, LLC
6203 Material Ave, # 12
Loves Park, IL 61111


Illinois Secretary Of State-Jesse White
501 S 2nd Street, Rm 591
Springfield, IL 62756-7200


Interior Tropical Gardens,Inc.
9617 Seeman Road
Union, IL 60180


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


Iron Mountain Records Management
P.O. Box 27128
New York, NY 10087-7128


Itasca Country Club
400 East Orchard St.
Itasca, IL 60143


J.F. Berns Company
11115 Ashburn Road
Cincinnati, OH 45240

Jayes Cleaning Service, Inc.
140 Stanley Street
Elk Grove Village, IL 60007


Kaiser Transport,Inc.
P.O. Box 468
Janesville, WI 53547-0468


Kasper Dv - Debbie Kasper
1316 Persching Avenue
Wheaton, IL 60187


Kelly,Olsen,Michod,Dehann&Richter,L.L.C.
Attorneys At Law
30 South Wacker Drive Suite 2300
Chicago, IL 60606-7410


Kennametal Inc.
Dept. Ch10392
Palatine, IL 60055-0392


Kirsch's Pier Slips, Inc.
57 N Walworth Ave
Williams Bay, WI 53191


Kitagawa-Northtech Inc.
301 E. Commerce Dr.
Schaumburg, IL 60173-5305


KJM Commercial Services Inc.
1935 S. Plum Grove Rd-Ste 131
Palatine, IL 60067-7258


Konica Minolta Business Solutions Usa
Dept. Ch 19188
Palatine, IL 60055-9188


Kroll Background America
P.O. Box 1418
Columbus, GA 31902-1418


Kurt Manufacturing Company
9445 East River Road Nw
Minneapolis, MN 55433

L & A Metals Group, Inc
4720 N Hubert Ave
Tampa, FL 33614


Lartsa, LLC
800 Busse
Elk Grove Village, IL 60007


Less We Not Forget Trucking
221 W Park Dr
Greenville, OH 45331


LNS America, Inc.
4621 East Tech Drive
P.O. Box 632100
Cincinnati, OH 45245


Logansport Matsumoto Company
P.O. Box 7006
1200 W. Linden Avenue
Logansport, IN 46947


M.R.S. Industries
(Arco Machinery Movers)
4999 Torque Road
Loves Park, IL 61111


Macke Water Systems, Inc.
P.O. Box 545
Wheeling, IL 60090-0545


Marathon Petroleum Company Llc
P.O. Box 740109
Cincinnati, OH 45274-0109


Marlin Leasing Corporation
P.O. Box 13604
Philadelphia, PA 19101-3604


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

MD Tooling
10139 Bergin Road
Howell, MI 48843


Merritt Credit Bureau, Inc.
549 W. Randolph Street
Chicago, IL 60661-2208


Metal Supermarkets
1675 Tonne Road
Elk Grove Village, IL 60007


Midaco Corporation
2000 E. Touhy Avenue
Elk Grove Vil., IL 60007


Miller Ace Industrial
621 E. Devon Ave.
Elk Grove Vil, IL 60007


Milltronics Manufacturing Co.
Sds 12-1983
P.O. Box 86
Minneapolis, MN 55486-1983


Mitutoyo Mti Corp.
965 Corporate Blvd
Aurora, IL 60502-9176


Morris Rezmann Machinery
1340 W. Randolph
Chicago, IL 60607


MSC Industrial Supply Co/J & L
20921 Lasher Rd
Southfield, MI 48034


MTA International
11675 Chesterdale Road
Cincinnati, OH 45246


N.A.I.D. Co
295 W Burville Rd
Crete, IL 60417

National City
995 Dalton Ave
Cincinnati, OH 45203-1101


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368-9020


On Time Messenger Service
P.O.Box 871
Elk Grove Village, IL 60007


Orkin Pest Control
P.O. Box 411
Elk Grove Vill., IL 60009


Palmetto State Transportation Co
1050 Park West Boulevard
Greenville, SC 29611


Partmaker
540 Pennsylvania Ave.
Fort Washington, PA 19034


PC Connection
730 Milford Road
Merrimack, NH 03054


Pedowitz Machinery Movers
3240 Lawrence Avenue
Oceanside, NY 11572


Peters & Lyons, Ltd. Attorneys At Law
7035 Veterans Blvd.
Burr Ridge, IL 60527


Pitney Bowes Credit Corporation
Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power-Mw
P.O. Box 856042
Louisville, KY 40285-6042


Pitney Bowes Purchase Power-Se
P.O. Box 856042
Louisville, KY 40285-6042


Pratt Burnerd
8457 Reliable Parkway
Chicago, IL 60686-0084


Praxair / Gas Tech
965-Praxair Distribution
Dept. Ch 10660
Palatine, IL 60055-0660


Precision Machined Products Association
6700 West Snowville Road
Brecksville, OH 44141-3212


Propen Marking Systems
P.O. Box 651474
Charlotte, NC 28265-1474


Quality Accessories, Inc.
216 Roberts Rd
Barrington, IL 60010-5707


Renishaw Inc.
5277 Trillium Blvd
Hoffman Estates, IL 60192


Rigging Services
P.O. Box 6679
Rockford, IL 61125


Roadrunner Dawes
3576 Paysphere Circle
Chicago, IL 60674


Rohm Products Of America
5155 Sugarloaf Parkway
Suite K
Lawrenceville, GA 30043

Royal Office Products
P O Box 2403
Bedford Park, IL 60499-2403


Royal Products
200 Oser Avenue
Hauppauge, NY 11788


Safety Kleen Corporation
P.O. Box 650509
Dallas, TX 75265-0509


Sagan & Sons
401 Bonnie Lane
Elk Grove, IL 60007


Sandvik Coromant Company
1702 Nevins Road
Fair Lawn, NJ 07410


Scotchman Metal Fabricating Solution
180 E. Hwy. 14
P.O. Box 850
Philip, SD 57567-0850


Scott Lift Truck Corporation
P.O. Box 1546
Elk Grove Vil, IL 60009-1546


Sharp Industries Inc
3501 Challenger Street
Torrance, CA 90503


Somec, A Division Of Snk America, Inc.
140 Atlantic Dr
Maitland, FL 32751-3329


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Star CNC Machine Tool Corp
123 Powerhouse
P.O. Box 9
Roslyn Heights, NY 11577

Staubli Corporation
201 Parkway West
P.O. Box 189
Duncan, SC 29334


Steiner Electric Company
1250 Touhy Avenue
Elk Grove Village, IL 60007-5302


Supertec Machinery, Inc.
6435 Alondra Blvd.
Paramount, CA 90723-3758


Surplus Record
20 North Wacker
Suite 2400
Chicago, IL 60606


Swiss Precision Instruments
945 N Edgewood Ave
Wood Dale, IL 60191


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


Tampa Electric Company
P.O. Box 31318
Tampa, FL 33631


The Donas Group Inc.
825 E. Golf Rd. Suite 1141
Arlington Heights, IL 60005-5200


The UPS Store
101 Washington Street
Grand Haven, MI 49417-1354


Thomas J. McCracken Jr & Associates, P.C
161 North Clark Street-Suite 2840
Chicago, IL 60601


TLC Cleaning Service
P.O. Box 431
Williams Bay, WI 53191

Tooling & Manufacturing Assoc.
1177 S. Dee Road
Park Ridge, IL 60068-4396


Topalski & Sons
348 Georgetown Square
Wood Dale, IL 60191


Trusty-Cook Incorporated
10530 E. 59th St
Indianapolis, IN 46236


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UPS Freight
P.o. Box 1216
Richmond, VA 23218-1216


US Cellular
P.O. Box 0203
Palatine, IL 60055-0203


Valerie Freireich
Chuhak & Tecson PC
30 S. Wacker Dr. 26th Floor
Chicago, IL 60606


Verizon Business
P.O. Box 371873
Pittsburgh, PA 15250-7873


Verizon Business
P.O. Box 371392
Pittsburgh, PA 15251-7392


Verizon Florida Inc.
P.O.Box 920041
Dallas, TX 75392-0041

Village Of Elk Grove
C/O Character Counts
901 Wellington
Elk Grove Village, IL 60007


Village Of Elk Grove
901 Wellington
Elk Grove Village, IL 60007


W.F. Wells
16645 Heimbach Rd
Three Rivers, MI 49093


Walter USA, Inc
N22 W23855 Ridge View Parkway West
Waukesha, WI 53188


WE Energies
333 W. Everett Street
Milwaukee, WI 53290-1000


Woodwardbizmedia
P.O. Box 388
Dubuque, IA 52004-0388


Worldwide Express
130 S. Bemiston Avenue #700
St Louis, MO 63105


Xcalibur Woodworking
2050 N. Durfee Avenue
S. El Monte, CA 91733


YCI, Inc. Supermax
10629 Forest Street
Santa Fe Springs, CA 90670


Zephyrhills
#215 6661 Dixie Hwy. Ste #4
P.O. Box 856680
Louisville, KY #####-####


Zipprich Contractors Inc.
959 N. Garfield St.
Lombard, IL 60148

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

**Arthur Machinery, Inc.**

)  Chapter 11
)  Bankruptcy Case No.
)
)
Debtor(s)                               )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER          Date:   __April 2, 2009__
A.    To be completed in all cases.

    I(We) __Chad Arthur__ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☒    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____          Signature _____
        **Chad Arthur**
    (Debtor or Corporate Officer, Partner or Member)          (Joint Debtor)