UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| **ARTHUR MACHINERY, INC.** | **Case No. 09-11787** |
| **Debtor.** | **Hon. Carol A. Doyle** |

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER
AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING**

**PLEASE TAKE NOTICE AS FOLLOWS**:

1.      On or about April 27, 2009, upon motion by the Debtor (the "Motion"), the Bankruptcy Court approved the entry of an interim order (the "Interim Order") authorizing the Debtor to obtain post-petition financing.  A copy of the entered Interim Order is attached.

2.      The Interim Order also scheduled a final hearing on the Motion for May 14, 2009 at 10:30 a.m. (prevailing central time). A copy of the Motion was previously sent to you.

3.      For the reasons stated at the initial hearing on the Motion and based on the authorities cited therein, the Debtor seeks the entry of a final order on the Motion in a form substantially similar to the Interim Order attached hereto.

4.      As set forth in the Interim Order, a final hearing on the Motion shall be held on **May 14, 2009** at **10:30 a.m**. before the Honorable Carol A. Doyle, Chief Bankruptcy Judge, in Room 742, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604.  Such hearing may be continued from time to time without further notice other than by announcement in open court.

5.      Objections, if any, to the Motion and the relief requested therein must be in writing and shall be filed with the Clerk of the United States Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, so as to be received on or before **May 11, 2009** at 4:00 p.m., with a copy served concurrently upon the following parties: (i) Steven B. Towbin, Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, counsel to the Debtor, 321 N. Clark Street, Suite 800, Chicago, Illinois 60654 (ii) Edmond M. Burke, Chuhak & Tecson, P.C., 30 S. Wacker Drive, Suite 2600, Chicago, Illinois  60606, counsel to the American Chartered Bank, (iii) Jonathan Young, Wildman Harrold Allen & Dixon LLP, 225 West Wacker Drive, Suite 3000, Chicago, IL  60606, counsel for the Official Committee of Unsecured Creditors, and (iv) the Office of the United States Trustee, 219 S. Dearborn St. Suite 873, Chicago, IL 60604.  If no objections are timely filed, the Court may enter a final order substantially in the form of the Interim Order.

{6964 NTC A0230795.DOC}

Respectfully submitted,

Dated:  April 28, 2009

Arthur Machinery, Inc.

Steven B. Towbin (#2848546)
Ira Bodenstein (#3126857)
Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151

By: */s/* Patrick A. Clisham
    One of its attorneys

## <u>CERTIFICATE OF SERVICE</u>

Patrick A. Clisham certifies that he caused to be served a true copy of the foregoing

notice and referenced pleadings upon the attached Service list via U.S. Mail on this 28th day of

April, 2009.

/s/ Patrick A .Clisham

## SERVICE LIST

American Chartered Bank
c/o Valerie Freireich
Chuhak & Tecson, PC
30 South Wacker Drive, 26th Floor
Chicago, Illinois  60606
F:      312-444-9027
Email: VFreireich@Chuhak.com;

John Roth
Haas Automation, Inc.
2800 Sturgis Road
Oxnard, CA 93030
F:      805-278-2255

Tom Lattie
Doosan Infracore America Corp
8 York Avenue
West Caldwell, NJ 07006-6411
F:      770-831-2062

Tom Haughey
Star CNC Machine Tool Corp
123 Powerhouse
Roslyn Heights, NY 11577
P:      516-484-0500
F:      516-484-5820

Mr. Robert Dunlap
Milltronics Manufacturing Co.
1400 Mill Lane
Waconia MN 55387
F:      952-442-6457

Dale Hawkins
Acra Machinery, Inc.
2050 N. Durfee Ave.
S. El Monte, CA 91733
F:      626-279-1540

Kathryn Marie Gleason
U.S. Trustee
219 S. Dearborn, Ste. 873
Chicago, IL  60606
F:      312-886-5794
Kathryn.M.Gleason@usdoj.gov

Ryan Van Winkle
CNC Associates, Inc.
File 51160
2800 Sturgis Road
Oxnard, CA 93030
F:      805-278-8501

Mr. Anton Hirsch
Illinois Machine Products, LLC
6203 Material Ave., #12
Loves Park, IL 61111
F:      815-633-7869

Mike Cayley, Sr.
Midaco Corporation
2000 E. Touhy Avenue
Elk Grove Village, IL 60007
F:      847-593-8451

Tom Williams
Equilease Financial Services, Inc.
One Harbour Place, Suite 450
Portsmouth, NH 03801
F:      847-587-6161

Joan Birdsong
Bennett Motor Express, LLC
1001 Industrial Parkway
McDonough, GA 30253
F:      800-866-4420

Steve Benedict
Staubli Corporation
201 Parkway West
Duncan, SC 29334
F:      864-486-5496

Joe Jemma
Atlas Copco
94 North Elm Street, Floor 4
Westfield, MA 01085-1689
F:      413-493-7380

Karen Bright
Buck Chuck Co.
c/o ITW Workholding
2155 Traversefield Dr.
Traverse City, MI. 49686
F:  231-947-9586

Chad David
Florida Dept. Of Revenue
4415 W. Harrison Street
Hillside, IL 60162
F:      708-449-8292

Terry Aschenbrenner
DTS America, Inc.
427 East 4th Street
East Dundee, IL 60118
F:      847-783-0402

John E. Zummo
Stephanie K. Hor-Cohen
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601
F: 312-609-5005

Bruce L. Wald
David A. Kallick
Tishler & Wald Ltd.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606
F: 312-876-3816

Jonathan Young
John Costello
Jeffrey Chang
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive Suite 3000
Chicago, IL  60606

George Shih
Supertec Machinery, Inc.
6435 Alondra Blvd.
Paramount, CA 90723-3758
F:      562-220-1677

Carla Cook
George Products Co.
110 Sleepy Hollow Dr
Middletown, DE 19709
F:      302-449-0288

Brett Kline
Sandvik Coromant Co.
1702 Nevins Rd.
Fairlawn, NJ 07410
F: 201-794-5757

Marty Momoki
Mitutoyo MTI Corp.
964 Corporate Blvd.
Aurora, IL 60502
F: 630-820-2614

Robert Marcocchio
Assurance Agency, Ltd.
One Century Centre
1750 E. Golf Rd.
Schaumburg, IL 60173
F: 847-440-9217

Scott R. Clar
Crane Heyman Simon
   Welch & Clar
135 S. LaSalle St.
Suite 3705
Chicago, IL  60603

Richard X. Fischer
Fischer Law Firm
7 Butera Lane
South Barrington, IL  60010

{6964 NTC A0230795.DOC}                    2