# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 11787 |
| | ) | |
| ARTHUR MACHINERY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

## ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO HIGH RIDGE PARTNERS, INC., FINANCIAL ADVISOR TO THE DEBTOR, ALLOWANCE AND PAYMENT OF $ 94,548.28 INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 150]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 96,943.00 | TOTAL COSTS REQUESTED: | $ 799.03 |
| TOTAL FEES REDUCED: | $ 2,438.40 | TOTAL COSTS REDUCED: | $ 755.35 |
| TOTAL FEES ALLOWED: | $ 94,504.60 | TOTAL COSTS ALLOWED: | $ 43.68 |

## TOTAL FEES AND COSTS ALLOWED:   $ 94,548.28

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)    Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**
The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any

of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

IT IS SO ORDERED.

ENTERED:

Date: _____ 7/28/09 _____

_____
PAMELA S. HOLLIS
United States Bankruptcy Judge



**HIGH RIDGE PARTNERS**

140 South Dearborn, Suite 420, Chicago, Illinois 60603
(312) 456-5636 fax (312) 456-5630

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2009 | 3251 |

| Bill To |
|---------|
| Arthur Machinery Inc. |

| Description | Amount |
|-------------|--------|
| Professional Services - supporting detail attached April 2, 2009 through May 31, 2009 | 96,643.00 |
| Mileage/tolls | 755.35 ( 4) |
| Messenger | 43.68 |
| Total Reimbursable Expenses | 799.03 |
| Application of retainer Current Retainer Balance - $25,000.00 | -25,000.00 |

| Thank you for your business | **Total** | $72,442.03 |
|------------------------------|-----------|------------|



Arthur Machinery
Period 04/02/09 through 05/31/09                                              July 10, 2009
Page 1

Professional Time by Project

|  | | Hours |  |
|---|---|---|---|
| **14 - Attendance at Court Hrgs./Review Pleadings** | | | |
| 4/6/2009 Greg Apathy<br>Review motion to employ HRP and discuss with P. Clisham. | | 0.40 | 14 |
| 4/9/2009 Greg Apathy<br>Prepare for and appear in court re:  motion to pay pre-petition wages; discuss results of hearing with S. Towbin and P. Clisham. | | 1.80 | 14 (7) |
| Greg Apathy<br>Follow-up hearing re: motion to pay pre-petition wages; review approved order and discuss changes in payroll with K. Figgins and F. Gross. | | 1.90 | 14 |
| Michael Eber<br>Review and revise motion to employ. | | 0.30 | 14 |
| Greg Apathy<br>Review final motion to employ and discuss with M. Eber. | | 0.40 | 14 |
| 4/13/2009 Greg Apathy<br>Review first day motions; discuss with P. Clisham; review exhibit for utility deposits. | | 0.90 | 14 (7) |
| 4/14/2009 Greg Apathy<br>Meeting with S. Towbin, F. Gross, B. Arthur and R. Fisher to discuss meeting at the UST office with top twenty creditors. | | 1.10 | 14 |
| Greg Apathy<br>Meeting at the UST office with the top twenty creditors; follow-up discussions with S. Towbin. | | 1.30 | 14 |
| 4/17/2009 Greg Apathy<br>Review draft of revised motion for DIP financing, | | 0.80 | 14 |
| 4/20/2009 Greg Apathy<br>Review DIP financing motion and order; discuss with P. Clisham. | | 0.50 | 14 |
| 4/22/2009 Greg Apathy<br>Review Star reclamation claim; discuss with S. Towbin; attempt to reconcile Star's claim to Arthur Machinery books and records. | | 1.50 | 14 (7) |
| 4/23/2009 Greg Apathy<br>Attend court hearing on DIP financing motion and employment of HRP. | | 1.20 | 14 |



**HIGH RIDGE PARTNERS**

Arthur Machinery                                                                July 10, 2009
Period 04/02/09 through 05/31/09
Page 3

Professional Time by Project                                              Hours

<u>21 - Accounting/Auditing</u>

| Date | Name / Description | Hours | Project |
|------|-------------------|-------|---------|
| 4/3/2009 | Michael Eber<br>Review and respond to email re: deposit on equipment. | 0.20 | 21 |
| 4/6/2009 | Greg Apathy<br>Review commissions due and incorporate into pre-petition wage motion; discuss limitations on wages with L. Calendo. | 1.30 | 21 (7) |
| 4/7/2009 | Greg Apathy<br>Prepare schedules for necessary pre-petition wages and commissions; meet with numerous employees to explain the bankruptcy procedures concerning pre-petition wage claims. | 1.10 | 21 (7) |
| 4/8/2009 | Greg Apathy<br>Discuss Florida inventory balances with F. Gross, D. Roberts and R. Arthur; review computer records and schedules sent from Florida. | 0.90 | 21 (7) |
| | Todd Plugge<br>Review of updated parts inventory with F. Gross and Arthur Machinery staff. | 1.20 | 21 |
| | Michael Eber<br>Review of consolidating and consolidated cash flow statements and all supporting schedules; call w/ Apathy with revisions. | 1.00 | 21 (7) |
| 4/9/2009 | Todd Plugge<br>Continued review of updated parts inventory with Arthur Machinery staff. | 0.90 | 21 |
| 4/10/2009 | Greg Apathy<br>Prepare inception to date detailed cash flow statement. | 1.00 | 21 |
| 4/14/2009 | Greg Apathy<br>Review various open invoices from Florida; discuss with B. Arthur. | 1.10 | 21 |
| | Greg Apathy<br>Prepare daily cash activity report and discuss with K. Figgins. | 0.90 | 21 |
| | Todd Plugge<br>Work with AMI staff to prepare a cash activity spreadsheet to track all activity from the date of the bankruptcy petition filing going forward. | 2.40 | 21 |
| 4/15/2009 | Greg Apathy<br>Review and reconcile cash; discuss with K. Figgins; revise cash activity report. | 1.00 | 21 (7) |



Arthur Machinery                                                    July 10, 2009
Period 04/02/09 through 05/31/09
Page 4

### Professional Time by Project

| Date | | Hours | |
|---|---|---|---|
| 4/16/2009 | Greg Apathy<br>Discuss payroll tax deductions and transfers with K. Figgins and L. Calendo. | 0.40 | 21 |
| | Greg Apathy<br>Begin files for tracking cash and monthly reporting. | 1.10 | 21 |
| | Greg Apathy<br>Review cash activity and discuss checks clearing with K. Figgins and B. Perna. | 0.40 | 21 |
| | Greg Apathy<br>Review Florida sales tax schedules and discuss with K. Figgins and B. Arthur. | 0.50 | 21 |
| 4/22/2009 | Greg Apathy<br>Review current cash activity; begin preparation of accounting system and enter activity. | 2.10 | 21 |
| | Greg Apathy<br>Review and discuss inventory balances with D. Roberts. | 0.60 | 21 |
| 4/23/2009 | Greg Apathy<br>Continue to update cash activity and accounting. | 2.40 | 21 |
| 4/24/2009 | Greg Apathy<br>Review Regions Bank cash activity; discuss with R. Arthur. | 0.70 | 21 (7) |
| | Greg Apathy<br>Continue to update accounting and review cash flow statement. | 2.80 | 21 |
| | Greg Apathy<br>Review current payroll to be issued and discuss with ACB funding issues for withholding taxes. | 0.80 | 21 (7) |
| 4/27/2009 | Todd Plugge<br>Review of AMI note payable detail spreadsheet and all backup of same. | 0.80 | 21 |
| | Greg Apathy<br>Download and review accounts receivable ledger; discuss with F. Gross for various credit balances and other items. | 1.90 | 21 (7) |
| | Todd Plugge<br>Review of ACB cash activity worksheet and discuss with K. Figgins. | 0.40 | 21 |
| | Greg Apathy<br>Review daily cash activity; update accounting for receipts and disbursements. | 0.70 | 21 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 5

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 4/28/2009 Greg Apathy<br>Discuss real estate accrual with American Charter Bank. | 0.20 | 21 |
| 4/29/2009 Greg Apathy<br>Update accounting and cash flow information; prepare budget vs. actual schedule. | 1.80 | 21 |
| 4/30/2009 Todd Plugge<br>Review of Regions Bank cash receipts since April 17. Working with K. Figgins re:<br>same. | 0.30 | 21 |
| 5/4/2009 Greg Apathy<br>Update cash flows and accounting during the bankruptcy; prepare cash flow<br>statements. | 1.20 | 21 |
| 5/5/2009 Greg Apathy<br>Follow-up on unrecorded liabilities in Florida. | 0.80 | 21 |
| 5/11/2009 Greg Apathy<br>Discuss cash receipt reports with D. Roberts and K. Figgins; review and comment on<br>schedule downloaded from AMI computer system. | 0.60 | 21 (7) |
| Greg Apathy<br>Update accounting and cash flows; reconcile cash activity to bank reports. | 1.30 | 21 |
| Greg Apathy<br>Review Regions Bank account activity. | 0.30 | 21 |
| 5/12/2009 Greg Apathy<br>Match up cash receipts to cash flow schedules and reconcile classification of receipts. | 1.50 | 21 |
| Greg Apathy<br>Review and reconcile cash activity; inquire re: amounts funded by ACB. | 0.30 | 21 |
| 5/13/2009 Greg Apathy<br>Continue reconciliation of cash receipts; discuss with K. Figgins. | 0.80 | 21 |
| 5/14/2009 Greg Apathy<br>Update accounting and cash flows; prepare budget vs. actual for prior week. | 1.90 | 21 |
| 5/15/2009 Greg Apathy<br>Review weekly cash disbursements and payroll. | 0.80 | 21 |
| 5/18/2009 Greg Apathy<br>Review previous week's bank and cash flow activity. | 0.60 | 21 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 6

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 5/18/2009 Greg Apathy | | |
| Review inventory per last borrowing base certificate filed and compare to physical inventory counts. | 1.70 | 21 |
| Greg Apathy | | |
| Reconcile inventory list per borrowing base to physical inventory counts; discuss variances with F. Gross and D. Roberts; phone with M. Eber to discuss results. | 3.20 | 21 (7) |
| 5/20/2009 Greg Apathy | | |
| Reconcile deposits made to daily cash worksheets and financial statements. | 0.60 | 21 |
| Greg Apathy | | |
| Reconcile cash with bank activity; update accounting and cash flow information. | 1.80 | 21 |
| 5/21/2009 Greg Apathy | | |
| Meeting with D. Roberts to discuss inventory adjustments. | 0.60 | 21 |
| 5/26/2009 Greg Apathy | | |
| Update accounting and cash flow activity; reconcile cash accounts and other bank activity. | 1.50 | 21 |
| SUBTOTAL: | | |
| | 50.20 | |



**HIGH RIDGE PARTNERS**

Arthur Machinery                                                                                           July 10, 2009
Period 04/02/09 through 05/31/09
Page 7

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| **22 - Business Analysis** | | | |
| 4/3/2009 Michael Eber<br>Review Doosan termination and research potential impact on cash flow. | | 0.20 | 22 |
| Michael Eber<br>Review updated borrowing base; discuss variance w/ Apathy. | | 0.30 | 22 |
| Michael Eber<br>Review numerous budget schedules; phone w/ Apathy re: same and revisions. | | 1.20 | 22 (7) |
| Michael Eber<br>Review payroll register for budget and discuss concerns w/ Apathy. | | 0.40 | 22 |
| Greg Apathy<br>Meeting with C. Arthur and F. Gross to discuss bankruptcy filings and current employee levels. | | 0.50 | 22 |
| Greg Apathy<br>Continue work on budget; prepare estimated payroll for post and pre petition. | | 1.50 | 22 |
| Greg Apathy<br>Meeting with employees to discuss bankruptcy filing and impact on their future employment; discuss claims process and other items. | | 2.40 | 22 |
| 4/6/2009 Greg Apathy<br>Update budget for inventory and receivables; discuss status of inventory reconciliation with F. Gross and counting of machines. | | 2.00 | 22 (7) |
| Greg Apathy<br>Review schedule of utilities paid and discuss with K. Figgins and P. Clisham. | | 0.70 | 22 |
| Todd Plugge<br>Preparation of utilities payment spreadsheet to estimate necessary deposits. | | 1.40 | 22 |
| Todd Plugge<br>Meeting with sales team and F. Gross to review the current inventory list and project future sales. | | 1.20 | 22 |
| Todd Plugge<br>Review commissions due and incorporate limitations on wages with L. Calendo and G. Apathy. | | 1.30 | 22 |
| Michael Eber<br>Review email re: information request and compile same. | | 0.30 | 22 |



Arthur Machinery                                                                                July 10, 2009
Period 04/02/09 through 05/31/09
Page 8

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| 4/6/2009 | Todd Plugge<br>Begin preparation of lease spreadsheet for budgeting purposes. | 0.80 | 22 |
|  | Todd Plugge<br>Update accounts receivable collection spreadsheet for 13-week cash flow preparation. | 0.70 | 22 |
|  | Michael Eber<br>Phone w/ Perna re: budget; subsequent call w/ Apathy re: same; preliminary review of expenses. | 0.50 | 22 (7) |
| 4/7/2009 | Michael Eber<br>Review schedules to budget and numerous conversations w/ Apathy re: revisions. | 1.50 | 22 |
|  | Greg Apathy<br>Review past financial statements and identify possible assets and liabilities; discuss accuracy with K. Figgins. | 1.40 | 22 (7) |
|  | Greg Apathy<br>Continue updating budget for changes in collection of receivables, sales and expenses. | 1.90 | 22 |
|  | Greg Apathy<br>Review asset listings and determine net book value amounts; discuss with T. Plugge as to verifying the existence of the assets. | 0.80 | 22 (7) |
|  | Greg Apathy<br>Review past financial statements and identify possible assets and liabilities; discuss accuracy with K. Figgins. | 1.40 | 22 (7) |
|  | Greg Apathy<br>Review updated schedule of utility bills and discuss amounts for deposits with K. Figgins and P. Clisham. | 0.40 | 22 |
|  | Todd Plugge<br>Continue preparation of leased and owned vehicle spreadsheet for budgeting purposes. | 1.60 | 22 |
|  | Todd Plugge<br>Finalization of utilities payment spreadsheet to estimate necessary deposits. | 1.40 | 22 |
|  | Todd Plugge<br>Review budget with G. Apathy and update the budget with revised accounts receivable collection and inventory sales figures. | 1.50 | 22 |
| 4/8/2009 | Greg Apathy<br>Finalize pre-petition payroll schedule and discuss with S. Towbin, F. Gross and P. Clisham; make changes to budget as necessary. | 1.20 | 22 |



Arthur Machinery                                                                                    July 10, 2009
Period 04/02/09 through 05/31/09
Page 9

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| 4/8/2009 | Greg Apathy<br>Review leases and discuss with T. Plugge and L. Calendo. | 1.00 | 22 |
|  | Todd Plugge<br>Work with L. Calendo to review Florida and Illinois vehicles and titles. | 0.70 | 22 |
|  | Todd Plugge<br>Review Arthur Machinery debt schedules and discuss with F. Gross, L. Calendo and G. Apathy. | 0.70 | 22 |
|  | Todd Plugge<br>Work with Arthur Machinery staff to physically review the parts inventory. | 1.60 | 22 |
|  | Greg Apathy<br>Review AMI debt schedules and discuss with F. Gross, L. Calendo and T. Plugge. | 0.70 | 22 |
|  | Todd Plugge<br>Physical review of vehicles, vehicle identification numbers, and update of leased and owned vehicle spreadsheet. | 1.70 | 22 |
|  | Michael Eber<br>Review emails re: rent payments; draft email re: landlord waiver. | 0.30 | 22 |
|  | Greg Apathy<br>Review final utility analysis. | 0.30 | 22 |
| 4/9/2009 | Todd Plugge<br>Review of updated budget with changes to the pre-petition payroll and commissions. | 0.40 | 22 |
|  | Michael Eber<br>Phone w/ Apathy to discuss rent. | 0.20 | 22 |
| 4/10/2009 | Todd Plugge<br>Work with G. Apathy to revise payroll spreadsheet and update budget. | 0.90 | 22 |
|  | Greg Apathy<br>Revise budget for collections, sales and payroll; review current activity. | 0.90 | 22 |
|  | Greg Apathy<br>Discuss cash accounts with P. Chisham; prepare summary of cash accounts. | 0.70 | 22 (7) |
|  | Michael Eber<br>Review/respond to Perna email re: equipment values; phone to Apathy to discuss same and advise on revised payroll structure. | 0.40 | 22 (7) |



Arthur Machinery                                                                    July 10, 2009
Period 04/02/09 through 05/31/09
Page 10

### Professional Time by Project

| Date | | Hours | |
|------|------|------|------|
| 4/13/2009 | Greg Apathy<br>Review budget with F. Gross and discuss with B. Arthur. | 0.60 | 22 |
| | Greg Apathy<br>Complete statement of assets and liabilities; verify amounts with K. Figgins; phone with<br>S. Towbin to discuss values; discuss possible employee claims with L. Calendo. | 1.70 | 22 (7) |
| 4/14/2009 | Greg Apathy<br>Discuss sales tax issues with S. Towbin and P. Clisham. | 0.20 | 22 |
| | Greg Apathy<br>Discuss various budgeting issues with F. Gross; make revisions as necessary. | 1.20 | 22 |
| 4/15/2009 | Greg Apathy<br>Phone with S. Towbin and P. Clisham to discuss current budget and motion to<br>borrowing funds. | 0.50 | 22 |
| | Michael Eber<br>Phone w/ Apathy re: financing issues. | 0.20 | 22 |
| 4/16/2009 | Greg Apathy<br>Phone with B. Perna re: current status of financing from ACB; revise 13 week cash<br>budget for 5 week period and distribute for comment. | 1.60 | 22 (7) |
| | Greg Apathy<br>Revise budget and distribute for comments; discuss with B. Arthur rent payments and<br>bank limitations on funding. | 1.30 | 22 (7) |
| 4/17/2009 | Greg Apathy<br>Conference call with S. Towbin, P. Clisham, ACB and attorneys to discuss 5 week<br>budget and DIP financing; follow-up and revisions to budget. | 1.20 | 22 |
| | Greg Apathy<br>Discussions with S. Towbin and P. Clisham re: 5 week budget and necessary<br>expenses. | 0.50 | 22 |
| 4/20/2009 | Greg Apathy<br>Phone with S. Towbin and P. Clisham re: Budget revisions and objections to DIP<br>financing motion. | 0.30 | 22 |
| 4/21/2009 | Greg Apathy<br>Conference call with S. Towbin and attorneys for unsecured creditors committee re:<br>financing motion, budget and preference payments; follow-up discussions with S.<br>Towbin and revise budget. | 1.80 | 22 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 11

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 4/21/2009 Todd Plugge<br>Review of 5-week consolidated cash flow, sales update and revised collections, and 13 week cash flow statement memo from G. Apathy. | 0.70 | 22 |
| 4/23/2009 Todd Plugge<br>Review of March inventory sales by category and memos from G. Apathy, F. Gross and K. Figgins re: same. | 0.50 | 22 |
| 4/28/2009 Greg Apathy<br>Review stock purchase agreement and prepare equity holders schedule. | 1.10 | 22 |
| 4/29/2009 Todd Plugge<br>Review budget to actual and memos from G. Apathy re: same. | 0.20 | 22 |
| 5/1/2009 Greg Apathy<br>Review email from B. Perna re: leases; follow-up with F. Gross. | 0.20 | 22 |
| Greg Apathy<br>Review schedule of Haas returned parts; discuss with F. Gross and S. Towbin. | 0.60 | 22 ( 7 ) |
| 5/4/2009 Greg Apathy<br>Prepare budget vs. actual schedule; investigate and explain differences to budget. | 1.60 | 22 |
| Greg Apathy<br>Begin preparation of new budget through June 26, 2009. | 0.90 | 22 |
| 5/5/2009 Todd Plugge<br>Prepare and review updated budget with G. Apathy. | 0.90 | 22 |
| Greg Apathy<br>Update current cash and continue preparation of new budget; discuss Florida operations with R. Arthur. | 2.10 | 22 ( 7 ) |
| Greg Apathy<br>Review invoices received and discuss with R. Arthur. | 0.60 | 22 |
| 5/6/2009 Greg Apathy<br>Review and respond to emails re: preliminary budget; revise budget as necessary and distribute. | 0.90 | 22 |
| 5/7/2009 Greg Apathy<br>Continue revisions on budget and finalize for filing. | 0.70 | 22 |
| 5/8/2009 Todd Plugge<br>Review, copy, and file all 90 day preference backup. | 1.40 | 22 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 12

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 5/8/2009 Greg Apathy<br>Review budgets and discuss with bank and attorneys. | 0.70 | 22 |
| 5/14/2009 Greg Apathy<br>Review inventory for parts and accessories; discuss with R. Arthur possible duplication of materials. | 0.90 | 22 (7) |
| 5/18/2009 Greg Apathy<br>Revise original cash flow analysis to factor in inventory adjustments. | 2.20 | 22 |
| 5/20/2009 Greg Apathy<br>Prepare actual vs. budget and investigate differences in cash collections; distribute report and reply to comments. | 1.90 | 22 (7) |
| 5/21/2009 Greg Apathy<br>Research ownership and existence of additional machines to be purchased by R. Arthur. | 1.30 | 22 |
| 5/26/2009 Greg Apathy<br>Prepare budget vs. actual and investigate differences; discuss receivable collections with F. Gross. | 1.10 | 22 (7) |
| SUBTOTAL: | 70.60 | |



Arthur Machinery                                                                July 10, 2009
Period 04/02/09 through 05/31/09
Page 13

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|

**26 - Bankruptcy Schedules**

| 4/9/2009 | Greg Apathy | 2.00 | 26 |
| | Begin initial preparations of bankruptcy schedules. | | |
| 4/14/2009 | Greg Apathy | 1.20 | 26 |
| | Review information for preparation of bankruptcy schedules. | | |
| 4/16/2009 | Greg Apathy | 1.60 | 26 |
| | Review various contracts and debt schedules for inclusion on bankruptcy schedules. | | |
| 4/23/2009 | Todd Plugge | 1.70 | 26 |
| | Review of executory contracts and unexpired leases for bankruptcy schedule preparation. | | |
| 4/24/2009 | Todd Plugge | 2.40 | 26 |
| | Continued review of executory contracts and unexpired leases for bankruptcy schedule preparation. | | |
| 4/27/2009 | Todd Plugge | 2.10 | 26 |
| | Continued review of executory contracts and unexpired leases for bankruptcy schedule preparation. | | |
| | Todd Plugge | 0.50 | 26 |
| | Meeting with G. Apathy and AMI staff to discuss preparation of bankruptcy schedules and action items for same. | | |
| | Todd Plugge | 1.80 | 26 |
| | Review of building leases and prepare spreadsheet with detail of same for upload to bankruptcy schedules. | | |
| | Greg Apathy | 3.80 | 26 (7) |
| | Begin preparation of bankruptcy schedules; examine and review equipment lists and titles for autos and trucks; determine values for same and prepare Schedule B. | | |
| 4/28/2009 | Greg Apathy | 3.50 | 26 |
| | Review employee list and determine claims for vacation, pre-petition wages and other employee expenses; determine unsecured priority claim for each employee. | | |
| | Todd Plugge | 2.20 | 26 |
| | Continued review of executory contracts and unexpired leases for bankruptcy schedule preparation. | | |



HIGH
RIDGE
PARTNERS

Arthur Machinery                                                                                         July 10, 2009
Period 04/02/09 through 05/31/09
Page 14

Professional Time by Project

|  | | Hours | |
|---|---|---|---|
| 4/28/2009 | Greg Apathy<br>Review revised accounts payable listing; meet with J. Chiavetta to update balances and<br>verify addresses. | 0.80 | 26 ⑦ |
| 4/29/2009 | Todd Plugge<br>Review of draft bankruptcy schedules. | 0.70 | 26 |
|  | Todd Plugge<br>Continued review of executory contracts and unexpired leases for bankruptcy schedule<br>preparation. | 1.90 | 26 |
|  | Todd Plugge<br>Review statement of financial affairs with G. Apathy and F. Gross.  Working with F.<br>Gross to gather information to prepare the statement of financial affairs. | 2.40 | 26 |
|  | Todd Plugge<br>Review of Haas and Doosan distribution contracts. | 0.60 | 26 |
|  | Greg Apathy<br>Review various leases and other contracts; prepare schedule G. | 2.60 | 26 |
|  | Greg Apathy<br>Continue preparation of schedule D for unsecured priority claims; discuss with L.<br>Calendo. | 2.00 | 26 ⑦ |
|  | Greg Apathy<br>Finalize draft schedules for distribution; review and revise accordingly and distribute for<br>review. | 1.30 | 26 |
|  | Greg Apathy<br>Discuss schedules to capture insider payments with L. Calendo and D. Roberts; begin<br>preparation of schedule of information. | 0.90 | 26 |
| 4/30/2009 | Greg Apathy<br>Begin preparation of schedule E; review accounts payable listing, customers with<br>deposits and other creditors; review addresses and delete multiple entries. | 3.80 | 26 |
|  | Greg Apathy<br>Discuss distribution agreements with T. Plugge; review Haas agreement. | 1.10 | 26 ⑦ |
|  | Todd Plugge<br>Memos with B. Arthur re: status of missing distribution agreements. | 0.40 | 26 |



Arthur Machinery                                                                July 10, 2009
Period 04/02/09 through 05/31/09
Page 15

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| 4/30/2009 | **Todd Plugge**<br>Review of all distributor agreements and made copies of same for bankruptcy schedule preparation. | 3.50 | 26 |
|  | **Todd Plugge**<br>Review statement of financial affairs with G. Apathy and F. Gross. Working with F. Gross to gather information to prepare the statement of financial affairs. | 1.40 | 26 |
|  | **Todd Plugge**<br>Continued review of executory contracts and unexpired leases for bankruptcy schedule preparation. | 1.10 | 26 |
| 5/1/2009 | **Greg Apathy**<br>Verify creditors list for bankruptcy schedules. | 1.50 | 26 |
| 5/4/2009 | **Greg Apathy**<br>Prepare Schedule E and verify balances and addresses; discuss additional creditors with R. Arthur. | 2.40 | 26 (7) |
|  | **Greg Apathy**<br>Review employee liability schedules; review payroll records and commission statements; discuss with R. Arthur and L. Calendo. | 1.90 | 26 (7) |
| 5/5/2009 | **Greg Apathy**<br>Review executory contracts and complete Schedule G. | 1.70 | 26 |
|  | **Todd Plugge**<br>Continued review of executory contracts and unexpired leases for bankruptcy schedule preparation. | 1.70 | 26 |
|  | **Todd Plugge**<br>Work with AMI staff and American Chartered Bank to retrieve cancelled check copies and review of same. | 1.60 | 26 |
| 5/6/2009 | **Greg Apathy**<br>Review commissions and revise schedules; discuss with R. Arthur and L. Calendo; determine split between priority and non-priority claims. | 0.90 | 26 (7) |
|  | **Greg Apathy**<br>Continue work on bankruptcy schedules; discuss creditor and assets with F. Gross. | 2.80 | 26 (7) |
|  | **Todd Plugge**<br>Work on AMI computer system to search creditor addresses for preparation of the bankruptcy schedules. | 1.60 | 26 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 16

July 10, 2009

Professional Time by Project

| | | Hours | |
|---|---|---:|---|
| 5/6/2009 | Todd Plugge | 2.90 | 26 |
| | Work with AMI staff to verify all American Chartered Bank and Regions Bank checks clearing within 90 days for preparation of the statement of financial affairs. Working with G. Apathy and F. Gross re: same. | | |
| 5/7/2009 | Todd Plugge | 1.20 | 26 |
| | Continued work on AMI computer system to search creditor addresses for preparation of the bankruptcy schedules. | | |
| | Todd Plugge | 2.50 | 26 |
| | Finalize schedule 3A of the statement of financial affairs. Continued review of all payments within 90 days. Working with G. Apathy re: same. | | |
| | Greg Apathy | 4.70 | 26 (7) |
| | Begin preparation of Statement of Financial Affairs; discuss with F. Gross; download cash disbursements for one year from bankruptcy date, sort file and consolidate by payee; review for insider payments and other items for disclosure. | | |
| | Greg Apathy | 0.30 | 26 |
| | Prepare and organize schedules for review; distribute schedules. | | |
| 5/8/2009 | Todd Plugge | 1.40 | 26 |
| | Work with G. Apathy to finalize the bankruptcy schedules and statement of financial affairs. | | |
| | Greg Apathy | 3.90 | 26 (7) |
| | Revise bankruptcy schedules and Statement of Financial Affairs; discuss with attorneys and company personnel; organize and assemble final package for filing. | | |
| 5/11/2009 | Greg Apathy | 0.40 | 26 |
| | Review additional creditor information from Florida and update bankruptcy schedules. | | |
| 5/20/2009 | Greg Apathy | 1.40 | 26 (7) |
| | Revise bankruptcy schedules for Co-debtors and add/revise creditor information; discuss unpaid commissions and bonus with R. Arthur; download new creditor matrix and send package to P. Clisham. | | |
| 5/21/2009 | Greg Apathy | 0.80 | 26 (7) |
| | Additional research on Florida wage claims and discuss with R. Arthur. | | |
| | SUBTOTAL: | 82.90 | |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 18

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| **30 - Preference Analysis** | | |
| 4/2/2009 Greg Apathy<br>Review bank statements and check registers for payments in the last 90 days; obtain back-up detail and prepare schedule; discuss with S. Towbin. | 1.80 | 30 *(7)* |
| Greg Apathy<br>Review accounts payables and detailed creditor listings; discuss completeness with F. Gross, K. Figgins and C. Arthur; send list to P. Clisham. | 2.50 | 30 *(7)* |
| Greg Apathy<br>Review pre-petition payroll and discuss employees necessary to continue in bankruptcy. | 1.90 | 30 |
| Greg Apathy<br>Review bankruptcy petition with C. Arthur; discuss revisions with P. Clisham. | 0.50 | 30 |
| Greg Apathy<br>Review inventory and receivables for potential sales and collections; begin preparation of 13 week liquidation under Chapter 11. | 2.50 | 30 *(7)* |
| Michael Eber<br>Numerous emails to prepare for filing Chapter 11 including backup to potential preference issues; phone w/ Apathy to discuss. | 1.20 | 30 *(7)* |
| 4/10/2009 Todd Plugge<br>Discuss preference payment analysis with G. Apathy and review previous bank statements. | 1.00 | 30 |
| Greg Apathy<br>Discuss preference payment analysis with T. Plugge and review previous bank statements. | 1.00 | 30 |
| 4/13/2009 Greg Apathy<br>Review listing of checks clearing bank accounts in 90 day period; discuss with T. Plugge. | 1.00 | 30 *(7)* |
| Todd Plugge<br>Preparation of preference analysis spreadsheet and review of American Chartered and Regions Bank statements. | 5.50 | 30 |
| Todd Plugge<br>Work with AMI staff to review 3 months of bank statements for all bank accounts. | 0.90 | 30 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 22

July 10, 2009

Professional Time by Project

|  |  | Hours |  |
|---|---|---|---|
| **41 - Managing Bus. Operations** | | | |
| 4/3/2009 Greg Apathy<br>Meeting with salesmen to discuss plan for liquidating inventories. | | 1.20 | 41 |
| 4/6/2009 Greg Apathy<br>Meeting with employees re:  employment, duties, wages to be paid and update on pre-petition payroll. | | 1.10 | 41 |
| Greg Apathy<br>Return creditor calls to explain bankruptcy proceedings. | | 0.50 | 41 |
| Todd Plugge<br>Meeting with Arthur Machinery sales team and F. Gross to review the accounts receivable aging by customer and project future collections. | | 1.40 | 41 |
| Todd Plugge<br>Review and analyze accounts receivable aging to prepare for meeting with F. Gross and sales team. | | 0.90 | 41 |
| 4/7/2009 Greg Apathy<br>Discussions with R. Arthur re:  cash, sales and employee issues. | | 0.50 | 41 |
| Greg Apathy<br>Review offers for machine sales and discuss with F. Gross and C. Arthur; follow-up with T. Plugge on inventory status and discussions with salesmen. | | 0.90 | 41  (7) |
| Greg Apathy<br>Return creditor and customers calls to explain bankruptcy proceedings. | | 0.60 | 41 |
| 4/8/2009 Greg Apathy<br>Meet with F. Gross re; update on phone calls to customers and inventory counting status; identify individual customers that may present future collection issues. | | 1.70 | 41 |
| Todd Plugge<br>Numerous discussions with employees re:  wages, insurance and continued employment. | | 1.10 | 41 |
| Greg Apathy<br>Review revised commission schedule; discuss cap on commissions with C. Arthur and F. Gross. | | 0.80 | 41 |
| Greg Apathy<br>Numerous discussions with employees re:  wages, insurance and continued employee. | | 1.20 | 41 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 25

July 10, 2009

Professional Time by Project

| | | Hours | |
|---|---|---|---|
| 4/23/2009 | Todd Plugge<br>Calls with various customers to inform them of the bankruptcy filing and status of the case. | 1.30 | 41 |
| | Todd Plugge<br>Memos with B. Arthur and N. Cruz-Diaz re: communication with vendors in Florida. | 0.40 | 41 |
| 4/24/2009 | Greg Apathy<br>Discussions with R. Arthur re: purchase of parts and status of offer to purchase Florida assets. | 0.40 | 41 |
| | Todd Plugge<br>Meeting with F. Gross and C. Arthur re: FAC and Long Screw collection status. | 0.50 | 41 |
| | Todd Plugge<br>Memos with B. Arthur and N. Cruz-Diaz re: continued communication with vendors. | 0.30 | 41 |
| 4/25/2009 | Greg Apathy<br>Review and respond to emails re: purchased parts, payroll order and bank audit. | 0.60 | 41 |
| 4/27/2009 | Todd Plugge<br>Calls with various customers to inform them of the bankruptcy filing and status of the case. | 0.90 | 41 |
| | Greg Apathy<br>Review ADP forms for transfer of payroll taxes; discuss with L. Calendo and K. Figgins. | 0.30 | 41 |
| | Greg Apathy<br>Review current accounts payable invoices and employee expenses for Florida location. | 0.40 | 41 |
| | Greg Apathy<br>Follow-up on Florida receivables with R. Arthur. | 0.30 | 41 |
| 4/28/2009 | Todd Plugge<br>Review of updated accounts receivable aging analysis. Meeting with F. Gross and K. Figgins re: same. | 0.60 | 41 |
| | Greg Apathy<br>Return various creditor calls and discuss bankruptcy process; meet with several ex-employees. | 0.90 | 41 (7) |
| | Greg Apathy<br>Discuss accounts receivable collections with F. Gross; prepare list of accounts and customers refusing to pay and reasons. | 0.40 | 41 |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 26

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 4/29/2009 Todd Plugge<br>Calls with various customers to inform them of the bankruptcy filing and status of the case. | 0.60 | 41 |
| 4/30/2009 Greg Apathy<br>Discuss customer collections with C. Arthur. | 0.20 | 41 |
| Greg Apathy<br>Discuss employee issues with F. Gross and T. Plugge. | 0.40 | 41 |
| Todd Plugge<br>Review of check run to verify disbursements and budget for same. | 0.40 | 41 |
| Greg Apathy<br>Review current week payroll and cash disbursements; discuss with F. Gross and K. Figgins. | 0.50 | 41 (7) |
| Todd Plugge<br>Review of Haas machine sales list. Working with F. Gross re: same. | 0.50 | 41 |
| 5/4/2009 Greg Apathy<br>Numerous emails with Florida employees re: outstanding bills and outstanding liabilities. | 0.50 | 41 |
| 5/5/2009 Greg Apathy<br>Various meetings with salesmen, accounting and creditors to update on status of court hearings and other bankruptcy issues. | 1.50 | 41 |
| 5/6/2009 Todd Plugge<br>Calls with various customers to inform them of the bankruptcy filing and status of the case. | 0.70 | 41 |
| Todd Plugge<br>Review of post bankruptcy invoices to be paid on 5/8/09 check run. Prepare spreadsheet with detail of same. | 1.10 | 41 |
| Greg Apathy<br>Review and respond to emails re: sales and other operational issues. | 1.10 | 41 |
| 5/7/2009 Todd Plugge<br>Continued review of post bankruptcy invoices to be paid on 5/8/09 check run. Prepare spreadsheet with detail of same. Work with F. Gross and G. Apathy re: same. | 1.90 | 41 |
| Greg Apathy<br>Meetings with various employees to discuss operations; prepare and update inventory listing to review remaining inventory and current offers on equipment. | 1.30 | 41 (7) |



July 10, 2009

Arthur Machinery
Period 04/02/09 through 05/31/09
Page 27

| Professional Time by Project | Hours | |
|---|---|---|
| **5/8/2009** Greg Apathy<br>Review current week payroll. | 0.60 | 41 |
| Greg Apathy<br>Review commissions for the week and discuss with R. Arthur. | 0.40 | 41 |
| Todd Plugge<br>Continued to review post bankruptcy invoices to be paid on 5/8/09 check run. Prepare spreadsheet with details of same. Working with K. Figgins to review and comment on same. | 1.80 | 41 |
| Greg Apathy<br>Review invoices and disbursements for the week. | 0.50 | 41 |
| Greg Apathy<br>Phone with creditors and potential buyers for equipment and inventory. | 0.90 | 41 |
| **5/11/2009** Greg Apathy<br>Numerous phone calls with AMI personnel on inventory and asset sales. | 1.10 | 41 |
| **5/12/2009** Greg Apathy<br>Numerous emails and phone calls re: cell phone service in Florida; discuss issue with K. Figgins and calls to phone company to resume service. | 0.90 | 41 (7) |
| Greg Apathy<br>Discuss operations with F. Gross and various salesmen; meet with F. Gross, C. Arthur and K. Figgins to discuss status of receivable collections. | 1.50 | 41 (7) |
| **5/15/2009** Greg Apathy<br>Discussions with company personnel re: current sales and collection; discuss other operational issues. | 0.90 | 41 |
| Greg Apathy<br>Review and respond to numerous emails re: operation issues. | 0.70 | 41 |
| **5/19/2009** Greg Apathy<br>Numerous emails and phone calls re: access to Busse location and remaining inventory available for sale. | 1.10 | 41 |
| **5/20/2009** Greg Apathy<br>Additional emails with R. Arthur and attorneys re: access to Busse location. | 0.40 | 41 |
| **5/21/2009** Greg Apathy<br>Discussions with employees on status of case and future responsibilities; review remaining machines and discuss with F. Gross and C. Arthur. | 0.80 | 41 (7) |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 31

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 5/14/2009 Greg Apathy<br>Review and respond to numerous emails re: machine sales and purchase offers. | 0.70 | 43 |
| 5/15/2009 Greg Apathy<br>Review schedule of assets to be purchased in Florida; reconcile to current inventory. | 1.50 | 43 |
| 5/18/2009 Greg Apathy<br>Numerous emails re: sale offers and remaining inventory on hand. | 0.50 | 43 |
| Greg Apathy<br>Meeting with B. Perna to discuss inventory adjustments and asset sales to R. Arthur. | 0.50 | 43 |
| 5/19/2009 Greg Apathy<br>Meeting with F. Gross and S. Towbin to discuss assets subject to Florida purchase offer. | 0.70 | 43 |
| Greg Apathy<br>Discuss sale of Haas parts with R. Arthur and B. Perna. | 0.40 | 43 |
| Greg Apathy<br>Review assets to be purchased by R. Arthur and comment on accuracy; discussions with F. Gross on verification of remaining assets. | 1.80 | 43 (7) |
| 5/20/2009 Greg Apathy<br>Research auction information. | 0.20 | 43 |
| Greg Apathy<br>Review machine offers with E. Dahlberg and F. Gross. | 0.80 | 43 |
| Greg Apathy<br>Revisions to list of assets in Florida purchase; obtain costs for items not on list; determine ownership issues and discuss with R. Arthur and F. Gross. | 1.10 | 43 |
| 5/21/2009 Greg Apathy<br>Meeting with D. Roberts to discuss computer equipment; tagging of equipment to be sold to R. Arthur and value of remaining equipment; physically inspect equipment. | 1.10 | 43 (7) |
| 5/22/2009 Greg Apathy<br>Meeting with E. Dahlberg and F. Gross to discuss inventory sales. | 1.00 | 43 |
| Greg Apathy<br>Calls with interested parties for machinery and parts inventory. | 0.80 | 43 |
| Greg Apathy<br>Review missing assets on Florida purchase offer; discuss with R. Arthur and F. Gross. | 1.40 | 43 (7) |



Arthur Machinery
Period 04/02/09 through 05/31/09
Page 32

July 10, 2009

Professional Time by Project

| | Hours | |
|---|---|---|
| 5/26/2009 Greg Apathy<br>Review offers from CNC resell and comment; compare to other offers and budgeted recovery. | 0.80 | 43 |
| Greg Apathy<br>Review list of assets for purchase agreement; verify costs and purchase price; discuss with R. Arthur and approve final sign-off. | 1.30 | 43 (7) |
| Greg Apathy<br>Review appraisal of Florida assets and reconcile to purchase agreement and inventory records. | 1.30 | 43 |
| 5/28/2009 Greg Apathy<br>Review current offers for Haas parts and discuss status of sales offers with S. Towbin. | 0.90 | 43 |
| 5/29/2009 Greg Apathy<br>Prepare list of budget sales by machine and discuss with F. Gross to update for sales and other disposals. | 1.50 | 43 |
| Greg Apathy<br>Phone with P. Clisham and J. Dill re: advertisement of asset sale; review and revise draft of sales notice. | 1.00 | 43 |
| SUBTOTAL: | 43.60 | |