UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**ARTHUR MACHINERY, INC.**<br><br>Debtor. | Chapter 11<br><br>Case No. 09-11787<br><br>Hon. Carol A. Doyle<br>Hearing Date: November 30, 2010<br>Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | High Ridge Partners, Inc. |
| Authorized to Provide Professional Services to: | Arthur Machinery, Inc. |
| Date of Order Authorizing Employment: | April 23, 2009, retroactive to April 2, 2009 |
| Period for Which Compensation is Sought: | January 1, 2010 through and including October 31, 2010. |
| Amount of Fees Sought: | $20,000.00 |
| Amount of Expense Reimbursement Sought: | None |
| This is a(n): | ☐ Interim Application       ☒ Final Application |

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| July 29, 2009 | April 2, 2009 to May 31, 2009 | $97,742.03 | $95,303.63 | $2,438.40 |
| October 5, 2009 | June 1, 2009 to August 31, 2009 | $76,016.69 | $76,016.69 | $0.00 |
| February 11, 2010 | September 1, 2009 to December 31, 2009 | $37,391.82 | $37,391.82 | $0.00 |

| | |
|---|---|
| Applicant: | Arthur Machinery, Inc. on behalf of High Ridge Partners, Inc. |
| Date:  November 23, 2010 | By: __/s/ *John Guzzardo*__<br>One of the Debtor's Attorneys |

{6964 APPL A0278975.DOC}