UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**ARTHUR MACHINERY, INC.**<br><br>Debtor. | Chapter 11<br>Case No. 09-11787<br>Hon. Carol A. Doyle<br><br>Hearing Date: November 30, 2010<br>Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC |
| Authorized to Provide Professional Services to: | Arthur Machinery, Inc. |
| Date of Order Authorizing Employment: | April 23, 2009, retroactive to April 2, 2009 |
| Period for Which Compensation is Sought: | July 1, 2010 through November 3, 2010 |
| Amount of Fees Sought: | $70,481.50 |
| Amount of Expense Reimbursement Sought: | $539.05 |
| This is a(n): | ☐ Interim Application    ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 08/05/09 | 04/02/09-06/30/09 | $215,309.99 | $214,200.18 | $1,109.81 |
| 10/16/09 | 07/01/09-09/30/09 | $251,783.19 | $251,783.19 | $0.00 |
| 02/08/10 | 10/01/09-12/31/09 | $120,854.44 | $120,854.44 | $0.00 |
| 08/31/10 | 01/01/10-06/30/10 | $168,082.50 | $168,082.50 | $0.00 |

| | |
|---|---|
| Applicant: | Arthur Machinery, Inc. |
| Date:  November 23, 2010 | By:  _/s/ John Guzzardo_ |
| | One of its Attorneys |

{6964 CVR A0278969.DOC}